DEC/23/2009/WED 03:25 PM    YOUNG KLEIN & ASSOC    FAX No. 215 639 1344    P. 001
12/23/2009  14:47    6104377011    FELDMAN LAW    PAGE 01

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| CAROL A. GRONCZEWSKI | : | |
| Debtor | : | Bankruptcy No. 09-16957 |

## STIPULATION AND CONSENT ORDER

The Acting United States Trustee for Region 3, by and through her counsel, the debtor by and through counsel, and the Chapter 7 trustee, Lynn E. Feldman, Esquire, desiring to enter into this Stipulation and Consent Order state as follows:

Whereas debtor filed under chapter 7 on September 15, 2009;

Whereas the Acting UST and chapter 7 desire to take a Rule 2004 examination of the debtor;

Whereas debtor's counsel is agreeable to a Rule 2004 examination being taken;

Whereas the dates for filing a motion under 11 U.S.C. §707(b)(3) and a complaint under 11 U.S.C. §727 have been extended to March 26, 2010.

IT IS HEREBY AGREED BY AND BETWEEN THE ACTING UNITED STATES TRUSTEE, CHAPTER 7 TRUSTEE AND DEBTOR THE FOLLOWING:

1. The debtor agrees to an examination pursuant to Bankruptcy Rule 2004, which examination will be scheduled on **February 18, 2010, at 10:30 a.m.**, at the Office of United States Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA;

2. The debtor shall produce the documents attached to this Consent Order two weeks prior to the scheduled Rule 2004 examination;

DEC/23/2009/WED 03:26 PM   YOUNG KLEIN & ASSOC        FAX No. 215 639 1344            P. 003
12/23/2009  14:47    6104377011                     FELDMAN LAW                      PAGE  03

3. This Stipulation and Consent Order may be executed in Counterparts such that each part shall be considered to be an integrated original.

_____        __12/23/09_____
Paul H. Young, Esquire            Date

_____        __12/23/09_____
Lynn E. Feldman, Esquire          Date
Chapter 7 Trustee

_____        __12/28/09_____
Frederic J. Baker                 Date
Senior Assistant U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107


                                 Approved by the Court:

Date: _____      _____
                                 ERIC L. FRANK
                                 United States Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                           :    Chapter 7
                                                 :
CAROL A. GRONCZEWSKI                             :
                                                 :
    Debtor                                       :    Bankruptcy No. 09-16957
                                                 :

### DOCUMENTS

1. All bank accounts in her name or in her name and someone else's name or in any business name in which she had any interest of any kind since 2002.

2. All documents relative to the joint venture with the Wunders.

3. All documents relative to any business ventures, corporations, partnerships, she has had an interest in since 2002, including, but not limited to HealthMax, Tencor, Tar-A-Mar, 1035 New Durham LLC, Chealation Center, Hopewell Valley Tennis and Fitness, Lexington Ave LLC, Back to Wellness, Komit Associates.

4. 2006, 2007 and 2008 personal tax returns.

5. 2006, 2007 and 2008 tax returns for all businesses in which she has had an interest.

6. All HUD-1s, where she was buyer or seller, for all properties personally owned by her or by any business in which she had an interest since 2002.

7. All deeds for any properties owned by her personally or owned by any businesses in which she has an interest.

8. All mortgages or proof of indebtedness for all properties owned by her personally or owned by any businesses in which she has an interest.

9. All documents relative to any transfers of money or property between debtor or any business in which debtor has an interest and any other person or entity since 2002, including, but not limited to, between debtor and Dr. Robert Peterson, between debtor and either of her sons, between debtor and MaryBeth deHaines, between debtor and Emery Toth, between debtor and her spouse (or ex-spouse), between debtor and any other legal entity.