# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 7 |
| | : | |
| **CAROL ANN GRONCZEWSKI,** | : | Bky. No. 09-16957 ELF |
| | : | |
| Debtor. | : | |
| | : | |

# O R D E R

**AND NOW**, upon consideration of the Debtor's Motion to Enjoin Continuing Violation of the Automatic Stay and for Assessment of Fees and Damages ("the Motion"), the response thereto, and after a hearing, and for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that the Motion is **DENIED**.

Date:  February 28, 2011

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE